# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SYDNEY BLUM, | : | CIVIL ACTION |
| **Plaintiff,** | : | |
| | : | |
| v. | : | No. 12-313 |
| | : | |
| THE UNIVERSITY OF PENNSYLVANIA, | : | |
| **Defendant.** | : | |
| | : | |

## ORDER

**AND NOW**, this 18th day of June, 2013, upon consideration of the "Motion of Plaintiff Sydney Blum to Vacate Dismissal and Reinstate the Complaint" (Doc. No. 15), Defendant's response in opposition and the parties' supplemental filings thereto, after oral argument, and for reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the motion is **DENIED**.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**MITCHELL S. GOLDBERG, J.**